| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) EOD JAN 02 2001 | | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|
| PLAINTIFF(S) Citibank, S.D., N.A. | DEFENDANT(S) John Mix | FILED UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS JAN 02 2001 WAYNE E. NELSON, CLERK PS REP. - LG |
| ATTORNEYS (Firm Name, Address, and Telephone No.) BLATT, HASENMILLER, LEIBSKER & MOORE 2 N. LaSalle St., Suite 900 Chicago, Illinois 60602 (312) 704-9440 | ATTORNEYS (If Known) Alonzo H. Zahour 101 Royce Rd., Suite 8 Bolingbrook, IL 60440 | |

PARTY (Check one box only) ☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☒ 3 U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523

01A00001

NATURE OF SUIT
(Check all causes of action in the complaint)

| ☐ 454 | To Recover Money or Property | ☐ 455 | To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan | ☐ 456 | To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435 | To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ■ 426 | To determine the dischargeability of a debt 11 U.S.C. § 523 | ☐ 459 | To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 458 | To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434 | To obtain an injunction or other equitable relief | ☐ 498 | Other (specify) |
| ☐ 424 | To object or to revoke a discharge 11 U.S.C. § 727 | ☐ 457 | To subordinate any allowed claim or interest except where such subordination is provided in a plan | | |

| ORIGIN OF PROCEEDINGS | ☒ Original Proceeding ☐ Removed Proceeding ☐ Reinstated/Reopened ☐ Transferred from Another Bankruptcy Court (check one box only) | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|
| DEMAND | NEAREST THOUSAND $2038.64 | OTHER RELIEF SOUGHT NONDISCHARGEABILITY OF DEBT | JURY DEMAND PAID JAN 02 2001 WAYNE E. NELSON, CLERK |

BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR(S) John Mix | BANKRUPTCY CASE NO. 00B 27913 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING NORTHERN DISTRICT OF ILLINOIS | DIVISIONAL OFFICE EASTERN | NAME OF JUDGE Squires |

RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF NOT APPLICABLE | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE (Check one box only) ☒ FEE ATTACHED ☐ FEE NOT REQUIRED ☐ FEE IS DEFERRED

| DATE December 29, 2000 | PRINT NAME Rhonda Sue Miller, Esquire | SIGNATURE OF ATTORNEY FOR PLAINTIFF |

2